

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2015

No. 04-15-00671-CV

Celestino **AVILA**, M.D. and Julio Avila, P.A.,
Appellant

v.

**ALLERMUNE BIOMEDICAL, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12381
Peter Sakai, Judge Presiding

## O R D E R

On November 17, 2015, the court reporter notified this Court that the record was due on November 12, 2015; however, appellant has failed to provide proper notice to the reporter to prepare the record for appeal and has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore ORDERED that appellant provide proof to this court within ten (10) days of the date of this order that appellant has provided proper notice to the court reporter to prepare the record. Appellant must also provide proper notice that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court